UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY L SHULTZ,

        Plaintiff,

WISCONSIN COLLABORATIVE
INSURANCE COMPANY,

        Involuntary Plaintiff,        Case No. 20-cv-0564-bhl

  v.

CARDINAL HEALTH INC, et al.,

        Defendants,

## ORDER

The parties filed a Joint Motion for Leave to File a Document Under Seal. (ECF No. 59.) Having considered the motion and reviewed the documents, the Court finds good cause sufficient to allow the parties to file the documents under seal and will grant the motion. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion, (ECF No. 59), is **GRANTED** and the requested exhibits, (ECF Nos. 60-1, 60-2), shall remain **SEALED**.

Dated at Milwaukee, Wisconsin on April 21, 2021.

                              s/ Brett H. Ludwig
                              BRETT H. LUDWIG
                              United States District Judge